U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHERYL FRANKLIN | CIVIL ACTION NO. 06-1303 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| METROPOLITAN LIFE INSURANCE COMPANY | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that, because the administrator did not abuse its discretion, plaintiff's claims are dismissed with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 19th day of June, 2007.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**